# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED POLYCHEM, INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>PACIFIC LTD., CORP., a Florida corporation; JOSE MASSUH, an individual, and DOES 1 – 50, inclusive;<br><br>           Defendants.<br><br>PACIFIC LTD., CORP., a Florida corporation,<br><br>           Counter-Claimant,<br><br>     vs.<br><br>UNITED POLYCHEM, INC., a California corporation, and ROES 1 – 50, inclusive;<br><br>           Counter-Defendant. | Case No.  SACV 09-00421 DOC (RNBx)<br><br>Assigned for All Purposes to the Hon. David O. Carter<br>Dept. 9D<br><br>**ORDER DISMISSING ACTION**<br><br>Action Filed:  March 3, 2009<br>Trial Date:     November 16, 2010 |

1  Having considered the Stipulation to dismiss this action in its entirety,
2  submitted on September 24, 2010 by Plaintiff and Counter-Defendant UNITED
3  POLYCHEM, INC., and Defendants and Counter-Claimants PACIFIC LTD.,
4  CORP., and Defendant JOSE MASSUH, and for good cause, the Court hereby
5  rules as follows:
6        This action, including all complaints and counterclaims, is dismissed in its
7  entirety with prejudice.
8
9
10  Dated: September 24, 2010    _____
11                                       Judge of the District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28